In the Matter of MARK S. WALLACH, as Chapter 7 Trustee for NORSE ENERGY CORP. USA, Appellant, v TOWN OF DRYDEN et al., Respondents.

Submitted September 8, 2014; decided October 16, 2014

Motion for reargument denied with $100 costs and necessary reproduction disbursements [*see* 23 NY3d 728 (2014)].